FILED
CLERK
10:01 am, Aug 17, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Jovanni Rodriguez,

                Plaintiff(s),

v.

FBCS, Inc.

                Defendant(s).

Case No: 2:21-cv-02248-GRB-ST

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) FBCS, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs as to any party.

By: s/ *David M. Barshay*
David M. Barshay, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Email: dbarshay@brlfirm.com
Our File No.: BRL21146
*Attorneys for Plaintiff*

Dated: August 16, 2021

By: s/ *Richard J. Perr*
Richard J. Perr, Esquire
Kaufman Dolowich Voluck
1600 JFK Boulevard, Suite 1030
Philadelphia, Pennsylvania 19103
Tel: (484) 841-7039
Email: rperr@kdvlaw.com
*Attorneys for Defendant*

Dated: August 16, 2021

Dated: 8/17/2021
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.